IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND COLLINS,

                Plaintiff,                      ORDER

v.

                                        10-cv-401-slc

Warden, PETER HUIBREGTSE,

                Defendant.

---

      Plaintiff Raymond Collins, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Collins's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Collins's complaint was submitted on July 15, 2010. His trust fund account statement should cover the six-month period beginning approximately January 18, 2010 and ending approximately July 15, 2010. Once Collins has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Collins should show a copy of this order to prison officials to make sure that they are aware they should send Collins' trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Raymond Collins may have until August 9, 2010, in which to submit a trust fund account statement for the period beginning approximately January 18, 2010 and ending approximately July 15, 2010.  If, by August 9, 2010, Collins fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to Collins' filing his case at a later date.

Entered this 19th day of July, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge