IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND COLLINS,

                Plaintiff,                ORDER

v.

                                    10-cv-401-slc

Warden, PETER HUIBREGTSE,

                Defendant.

In an order entered in this case on July 19, 2010, I told plaintiff Raymond Collins that before I could consider his request to proceed *in forma pauperis*, he would have to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted the six-month trust fund account statement as requested in the court's July 19, 2010 order. On August 2, 2010, the court did receive July and May statements from plaintiff; however, the court still requires that plaintiff submits a trust fund account statement covering the *six-month* period beginning approximately January 18, 2010 and ending approximately July 15, 2010.

Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to make sure that they are aware they should send plaintiff's trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Raymond Collins may have until August 18, 2010, in which to submit a six-month trust fund account statement for the period beginning approximately January 18, 2010 and ending approximately July 15, 2010. If, by August 27, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of August, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge